IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-CR-073 |
| | ) | |
| ADAM M. MILLER | ) | |

**MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion [doc. 22] for a continuance of his February 9, 2011 trial date. In support of the motion, the defendant cites the need for further investigation and preparation in light of a recently filed superceding indictment.

The motion will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court finds that the failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

It is therefore **ORDERED** that the motion to continue [doc. 22] is **GRANTED**, and this criminal case is **CONTINUED** to Thursday, **March 10, 2011, at 9:00**

**a.m.** The motion deadline is reset to February 10, 2011, and the deadline for the filing of a plea agreement is reset to March 1, 2011.

                                    ENTER:

                                                             s/ Leon Jordan
                                      United States District Judge